UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC CLAY,

          Plaintiff,

    v.

FAIRFIELD POLICE DEPARTMENT, et al.,

          Defendants.

          NO. CIV. S-08-573 LKK/KJM

**O R D E R**

Each of the parties in the above-captioned case has filed a Consent to Proceed Before a United States Magistrate Judge. See 28 U.S.C. § 636(c). According to Local Rule 72-305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

////

1

1    IT IS ORDERED that the Clerk of the Court reassign this case
2 to the Honorable Kimberly J. Mueller.  All future documents filed
3 in the above-captioned case shall reference the following case
4 number:  No. Civ. S-08-573 KJM.
5    DATED:  October 30, 2008

                                    /s/Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

9    Having also reviewed the file, I accept reference of this case
10 for all further proceedings and entry of final judgment.
11    DATED:  October 30, 2008.

                                    _____
                                    U.S. MAGISTRATE JUDGE