IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC CLAY,

    Plaintiff,                               No. CIV-S-08-0573 KJM

    vs.

FAIRFIELD POLICE DEPARTMENT, et al.,

    Defendant.                              <u>ORDER</u>

/

        On August 6, 2008, defendants filed a motion to dismiss. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that, within twenty days of the date of this order, plaintiff shall file an opposition, if any, to the motion to dismiss filed August 6, 2008. Failure to file an opposition will result in the dismissal of this action under Federal Rule of Civil Procedure 41(b).

DATED: December 5, 2008.

                                                   U.S. MAGISTRATE JUDGE

1
clay0573.46