1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ERIC CLAY,

11            Plaintiff,                    No. CIV S-08-0573 KJM

12        vs.

13   FAIRFIELD POLICE DEPARTMENT, et al.,

14            Defendants.                   <u>ORDER</u>

15   _____/

16            Plaintiff is a state prisoner who is proceeding pro se and in forma pauperis.  By

17   order filed December 5, 2008, plaintiff was ordered to file an opposition, if any, to defendants'

18   August 6, 2008 Motion to Dismiss within twenty day.  The twenty day period has now expired,

19   and plaintiff has not filed an opposition or otherwise responded to the court's order.

20            Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

21   DATED:  January 29, 2009.

22

     _____
23   pa/clay0573.ord                        U.S. MAGISTRATE JUDGE

24

25

26

                                    1